**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**KIMBERLY S. BYRD**                                                                              **PLAINTIFF**

**V.**                                                                                  **NO.: 3:20-cv-309-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                          **DEFENDANT**

<u>**ORDER**</u>

The Defendant has filed an unopposed Motion for Remand [28]. For good cause shown and being advised that the motion is unopposed, the court finds that the motion is well-taken and should be granted. Accordingly, the above reference cause is remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g) of the Social Security Act.

**SO ORDERED AND ADJUDGED** this, the 5th day of November, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

1