# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KIMBERLY S. BYRD**             **PLAINTIFF**

**V.**             **NO.: 3:20-cv-309-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**             **DEFENDANT**

## FINAL JUDGMENT

Consistent with the court's order [30], this case is reversed and remanded for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED AND ADJUDGED** this, the 5th day of November, 2021.

            /s/ Jane M. Virden
            **UNITED STATES MAGISTRATE JUDGE**